■ HOME LEASING CORPORATION, as Agent and General Partner of SOUTHVIEW SHOPPING CENTER PARTNERSHIP, Respondent, v CHRISTOS S. PETSOS et al., Appellants.—Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Patlow, J. (Appeal from Order and Judgment of Supreme Court, Monroe County, Patlow, J.— Summary Judgment.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.

■ In the Matter of LAVAR C., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 2.)—Order unanimously reversed on the law without costs and matter remitted to Monroe County Family Court for further proceedings in accordance with same opinion by Pine, J., as in *Matter of Lavar C.* (185 AD2d 36 [decided herewith]). (Appeal from Order of Monroe County Family Court, Miller, J.—Juvenile Delinquency.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.

■ In the Matter of LAVAR C., a Person Alleged to be a Juvenile Delinquent. (Appeal No. 3.)—Appeal unanimously dismissed without costs *(see,* Family Ct Act § 1112 [a]). (Appeal from Order of Monroe County Family Court, Miller, J.—Juvenile Delinquency.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.

■ TOWN OF WEBB, Respondent, v SISTERS REALTY NORTH CORP. et al., Appellants.—Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Shaheen, J. (Appeal from Order of Supreme Court, Herkimer County, Shaheen, J.—Condemnation.) Present—Green, J. P., Pine, Boehm, Fallon and Doerr, JJ.

■ LEWIS P. LAURIE et al., Respondents, v NIAGARA CANDY, INC., Respondent, and RIGGER CONSTRUCTION CO., INC., Respondent-Appellant and Third-Party Plaintiff-Respondent-Appellant. FRIENDSHIP CONSTRUCTION, INC., Third-Party Defendant-Appellant-Respondent.—Order unanimously affirmed without costs. Memorandum: The court properly granted plaintiffs' motion for partial summary judgment with respect to Labor Law § 240 (1) liability. Plaintiff Lewis P. Laurie (plaintiff), an employee of third-party defendant Friendship Construction, Inc., was injured when he fell from a ladder while engaged in the construction of a building owned by defendant Niagara Candy, Inc. Although plaintiff wore a safety belt with a tie-off line that he was not using, no proof was offered that he was told to use it under the circumstances